**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


UNITED STATES OF AMERICA                    :

      **v.**                                                        :          **Cr. No. 10-790**

**ANTHONY JAMES DEMARCO, III**          :
**MICHAEL RICHARD ROBERTS**
**SEAN RYAN MCBRIDE**                             :
**ERIC BASCOVE**

<u>**ORDER**</u>


AND NOW, this 2nd day of May, 2013, it is **ORDERED** that Anthony James DeMarco, III, Michael Richard Roberts, Sean Ryan McBride, and Eric Bascove shall pay the specific amounts of restitution, for which they are jointly and severally liable as indicated, to the individual victim sellers and victim lenders and in the amounts specified on the Government's spreadsheets (ECF Doc. Nos. 178-1 through 178-4, Nos. 178-6 through 178-8, and No. 180), reflecting losses suffered by victims of the DeMarco REI fraud, as follows:

**Anthony DeMarco**

    Total restitution owed to sellers. . . . . . . . . . . . . . . . . . . . . . . . . . . . $11,602,414.89
        See ECF Doc. No. 178-1
    Total restitution owed to mortgage lenders. . . . . . . . . . . . . . . . . . $ 8,501,804.95
        See ECF Doc. No. 178-2

**Michael Roberts**

    Total restitution owed to sellers. . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,539,996.76
        See ECF Doc. No. 178-3
    Total restitution owed to mortgage lenders. . . . . . . . . . . . . . . . . . $ 1,738,180.55
        See ECF Doc. No. 178-4

<u>**Sean McBride**</u>

Total restitution owed to sellers. . . . . . . . . . . . . . . . . . . . . . . . . . . $3,757,828.88
    See ECF Doc. No. 180
Total restitution owed to mortgage lenders. . . . . . . . . . . . . . . . . . . . $941,570.04
    See ECF Doc. No. 178-6

**Eric Bascove**

Total restitution owed to sellers. . . . . . . . . . . . . . . . . . . . . . . . . . . $2,222,537.37
    See ECF Doc. No. 178-7
Total restitution owed to mortgage lenders. . . . . . . . . . . . . . . . . . . . $619,661,27
    See ECF Doc. No. 178-8

It is further ORDERED that Anthony DeMarco shall pay the following specific additional amounts of restitution to the following victim sellers, reflecting additional losses that they suffered as a result of DeMarco's fraudulent conduct at Optima Property Management Group (which losses are reflected in detail in the government's spreadsheet, filed as ECF Doc. No. 178-9):

Charles Deeks. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 3,500.00
Claudia Harris. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,262.50
David Cabrera. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,552.38
Jean Roe. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,000.00
Joseph P. and Amy L. Chandler. . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,800.00
Lucille Scott. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,125.00
Marilyn Postell. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   600.00
Sheila and Vincent Reynolds. . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,400.00
Tracey Osterman. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $14,500.00

**BY THE COURT:**


**/s/ Michael M. Baylson**

**HONORABLE MICHAEL M. BAYLSON**
*Judge, United States District Court*